IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-105-BO

UNITED STATES OF AMERICA :
:
v. :
:
JONATHON PAUL JOHNSON :

FILED IN OPEN COURT
ON 4/25/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, JONATHON PAUL JOHNSON, on January 4, 2017 to a violation of 18 U.S.C. § 924, and drug offenses, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: One Czech CZ82 9mm semi-automatic pistol, with filed off serial number, and ammunition, seized from the defendant on January 10, 2015 in Carolina Beach, NC; and

WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant JONATHON PAUL JOHNSON, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with

1

the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 25 day of April, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge