# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

            v.                    Crim. No. 7:16-CR-105-1FL

**JONATHON PAUL JOHNSON**

      On July 1, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                    I declare under penalty of perjury that the foregoing is true and correct.

                                    /s/ Timothy L. Gupton  
                                    Timothy L. Gupton  
                                    Senior U.S. Probation Officer  
                                    310 New Bern Avenue, Room 610  
                                    Raleigh, NC 27601-1441  
                                    Phone: 919-861-8686  
                                    Executed On: July 15, 2025

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this __2nd__ day of __September__, 2025.

                                    Louise W. Flanagan  
                                    United States District Judge

*Best wishes Mr. Johnson going forward!*

*Judge Flanagan*